# United States Court of Appeals
## For the First Circuit

21-1558

THE UNIVERSITY OF NOTRE DAME (USA) IN ENGLAND,

Plaintiff, Appellee,

v.

TJAC WATERLOO, LLC; ZVI CONSTRUCTION CO., LLC,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on September 13, 2022, is amended as follows:

On the cover page, replace "John A. Tarantino, with whom Nicole J. Benjamin and Adler Pollock & Sheehan, P.C. were on brief, for appellee." with "Nicole J. Benjamin, with whom John A. Tarantino and Adler Pollock & Sheehan, P.C. were on brief, for appellee."